UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KWAME GAINES,<br><br>　　　　Plaintiff<br><br>v.<br><br>KATHERINE MANZANITAS, et al.,<br><br>　　　　Defendants | Case No.: 2:21-cv-02029-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 3] |

　　　　On November 22, 2021, Magistrate Judge Youchah recommended that I dismiss plaintiff Kwame Gaines's complaint for lack of subject matter jurisdiction, without prejudice to Gaines asserting his claims in state court. Gaines did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 3) is accepted, and plaintiff Kwame Gaines's complaint (ECF No. 1-1) is dismissed for lack of subject matter jurisdiction, without prejudice to Gaines filing his claims in state court. The clerk of court is instructed to close this case.

　　　　DATED this 15th day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE